# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134692

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

NEAL FREDERICK REDICK,
     Defendant-Appellee.

SC: 134692
COA: 275285
Genesee CC: 91-045296-FC

_____/

     On order of the Court, the application for leave to appeal the June 28, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

d1022